## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

K.W.P., by his parent and next friend )
TOMESHA PRIMM, )
                                     )
           Plaintiff, )
                                     )
vs. )      No.  4:16-cv-00974-SRB
                                     )
                                     )
KANSAS CITY PUBLIC SCHOOLS, et al. )
                                     )
           Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that *Defendant Kansas City Public Schools' Second Interrogatories to Plaintiff* and *Defendant Kansas City Public Schools' Second Request for Production of Documents* to Plaintiff were served in both Word and pdf format via electronic mail on Friday, January 27, 2017, to:

Anthony E. Rothert
Jessie Steffan
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, MO 63108
*trothert@aclu-mo.org*
*jsteffan@aclu-mo.org*

Gillian R. Wilcox
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas city, MO 64111
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

Respecfully submitted,


/s/ *Dione C. Greene*
Tyson H. Ketchum                              #50426
Dione C. Greene                                #58781
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone:  816.221.3420
Fax:  816.221.0786
tketchum@armstrongteasdale.com
dgreene@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS
KANSAS CITY PUBLIC SCHOOLS and
BRANDON CRADDOCK


## CERTIFICATE OF SERVICE

This is to certify that on Friday, January 27, 2017, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

/s/Dione C. Greene
Attorney for Defendants