**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

K.W.P., *by his parent and next friend*   )
TOMESHA PRIMM,       )
          )
     Plaintiff,      )
          )
   v.         )     Case No. 16-0974-CV-W-SRB
          )
KANSAS CITY PUBLIC SCHOOLS, *et al.*,)
          )
          )
     Defendants.    )

### CONSENT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

Plaintiff respectfully moves the Court to grant him leave to file suggestions in opposition to Defendants' motion for summary judgment in excess of fifteen pages, but no more than twenty pages. In support of this motion, Plaintiff states as follows:

1) On August 30, 2017, Defendants filed their suggestions in support of their motion for summary judgment. ECF No. 70. Defendants' motion seeks summary judgment on qualified immunity grounds for the individual Defendants in the case and on liability for the school district.

2) Under Local Rule 7.0(d)(1)(B), suggestions in opposition cannot exceed 15 pages without leave from this Court.

3) In light of the significant number of legal issues raised by Defendants' motion for summary judgment, Plaintiff's suggestions in opposition to Defendants' motion for summary judgment will necessitate be a few (but no more than five) pages in excess of 15 pages.

4) Plaintiff has not previously requested leave to exceed page limitations.

5) Defendants consent to this motion.

1

For these reasons, Plaintiff respectfully requests that this Court grant leave for Plaintiff to file

suggestions in opposition to Defendants' motion for summary judgment in excess of fifteen

pages, but not to exceed twenty pages.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
JESSIE STEFFAN, #64861MO                    GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation                 ACLU of Missouri Foundation
906 Olive Street, Suite 1130                406 W 34th Street, Suite 420
St. Louis, Missouri 63101                   Kansas City, Missouri 64111
Phone: (314) 652-3114                       Phone: (816) 470-9938
Fax: (314) 652-3112                         gwilcox@aclu-mo.org
arothert@aclu-mo.org
jsteffan@aclu-mo.org                        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

/s/ Anthony E. Rothert