# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3602

K.W.P., By His Parent and Next Friend

Appellee

v.

Kansas City Public Schools, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:16-cv-00974-SRB)

_____

**MANDATE**

In accordance with the opinion and judgment of 08/01/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 08, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit