# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

| | |
|---|---|
| K.W.P. <br> By His Parent and Next Friend, <br><br> Plaintiff, <br><br> v. <br><br> KANSAS CITY PUBLIC SCHOOLS, et al., <br><br> Defendants. | Case No. 16-0974-CV-W-SRB |

## **ORDER**

On August 1, 2019, the Eighth Circuit reversed and remanded this Court's decision denying summary judgment to Defendants Kansas City Public Schools, Brandon Craddock, and Anne Wallace. The Eighth Circuit's August 1 Order instructed this Court to enter summary judgment in all Defendants' favor. The mandate was issued on October 8, 2019. Accordingly, this Court hereby grants summary judgment in favor of Defendants Kansas City Public Schools, Brandon Craddock, and Anne Wallace.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2019